**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BINTOU TOURE TAWREDOU,

               Plaintiff,                           20 **CIVIL** 10253 (JLC)

       -v-                                     **<u>JUDGMENT</u>**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 2, 2022, Tawredou's motion for judgment on the pleadings is denied and the Commissioner's cross-motion is granted. Judgment is entered for the Acting Commissioner.

**Dated:**  New York, New York
          August 2, 2022

                                                         **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                              **BY:**     *K. Mango*

                                                              **Deputy Clerk**